**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

M.C.L.,                                     :
                                            :
           Petitioner,                      :
                                            :
v.                                          :        Case No. 4:26-cv-685-CDL-AGH
                                            :              28 U.S.C. § 2241
Warden, STEWART DETENTION                   :
CENTER, *et al.*,                           :
                                            :
           Respondents.                     :
_____            :

## <u>ORDER</u>

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on April 24, 2026 (ECF No. 1).  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application.  Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 28th day of April, 2026.

                                s/ *Amelia G. Helmick*
                                UNITED STATES MAGISTRATE JUDGE